IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELTON BURKES, et al., | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NUMBER 1:11-cv-3399-TCB |
| | ) |
| KASIM REED, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The undersigned must recuse from ruling in this case. The Clerk is DIRECTED to re-assign this case to another district judge in accordance with the internal operating procedures of this Court.

IT IS SO ORDERED this 11th day of October, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge